

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2019

No. 04-19-00138-CV

**IN RE E. D. D., A CHILD,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA02283
Honorable Martha Tanner, Judge Presiding

# O R D E R

This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The appellant's brief originally was due to be filed on April 22, 2019. Neither the brief nor a motion for extension of time to file the brief was filed by the deadline.

The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*. It is therefore ORDERED that appellant's appointed appellate attorney file appellant's brief in this appeal no later than fourteen (14) days from the date of this order. If the brief is not filed by such date, this appeal will be abated to the trial court for a hearing to determine if new appellate counsel should be appointed and to consider whether sanctions are appropriate.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court